UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE ROBERT N. BLOCK TO MAGISTRATE JUDGE MICHAEL S. BERG | TRANSFER ORDER |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Robert N. Block, to the calendar of the Honorable Michael S. Berg, for all further proceedings. All **settlement conference dates** set before Magistrate Judge Block, if any, shall be transferred to the calendar of Magistrate Judge Berg, to the extent not already transferred. All other dates or deadlines, if any, **remain unchanged**.

1. 15-cv-01501-AJB, *Lorusso v. Celladon Corporation et al*
2. 15-cv-01529-AJB, *Jacobs v. Celladon Corporation et al*
3. 15-cv-01637-JLS, *Kaseberg v. Conaco, LLC et al*
4. 15-cv-01729-JAH, *Desarrollo Urbanistico Del Pacifico, S.A. De C.V. v. Genomics Reference Laboratory US, LLC et al*
5. 15-cv-02235-LAB, *Sightler v. City of San Diego et al*
6. 16-cv-00391-JAH, *Nguyen v. United States of America*
7. 18-cv-01193-JAH, *Nguyen v. United States of America*
8. 16-cv-00485-JAH, *Price v. Harris*

9. 16-cv-00651-DMS, *Silva v. Credit One Bank, N.A.*
10. 16-cv-00659-DMS, *Gomez v. Credit One Bank, N.A.*
11. 16-cv-00915-DMS, *Dorsey v. Credit One Bank, N.A.*
12. 16-cv-00658-DMS, *Lawrence v. Credit One Bank, N.A.*
13. 16-cv-00672-DMS, *Chism v. Credit One Bank, N.A.*
14. 16-cv-00706-DMS, *Garcia v. Credit One Bank, N.A.*
15. 16-cv-00710-DMS, *Bare v. Credit One Bank, N.A.*
16. 16-cv-00904-DMS, *Byers v. Credit One Bank, N.A.*
17. 16-cv-00908-DMS, *Harris v. Credit One Bank, N.A.*
18. 16-cv-00940-DMS, *Jones v. Credit One Bank, N.A.*
19. 16-cv-01369-H, *Feist et al v. Petco Animal Supplies, Inc. et al*
20. 16-cv-02751-BAS, *Platypus Wear, Inc. v. Bad Boy Europe LTD. et al*
21. 17-cv-02221-LAB, *Furiani v. Berryhill*
22. 17-cv-02273-BEN, *Carranza-Villalobos v. Berryhill*
23. 18-cv-00201-GPC, *Norwood v. Commissioner of Social Security*
24. 18-cv-01499-AJB, *Cooper v. Berryhill*
25. 07-cv-00250-BEN, *C&D Motorhomes, LCC v. Monaco Coach Corporation et al*
26. 09-cv-01896-JM, *Jones v. Cate*
27. 14-cv-00414-JLS, *Pride v. Straga*
28. 15-cv-00226-BAS, *Securities and Exchange Commission v. Total Wealth Management, Inc. et al*
29. 15-cv-02460-AJB, *United States of America v. Peacock et al*
30. 16-cv-00724-GPC, *Embotteladora Electropura S.A. de C.V. v. Accutek Packaging Equipment Company, Inc. et al*
31. 16-cv-02100-BTM, *Wilson v. Cuevas et al*
32. 16-cv-02300-MMA, *Loftis et al v. Ramos et al*
33. 16-cv-02412-CAB, *Arellano v. Blahnik*

34. 16-cv-02472-H, *Sundquist et al v. Unbiquity, Inc. et al*
35. 16-cv-02598-L, *AG v. South Bay Dreams Cooperative, Inc.*
36. 16-cv-02644-WQH, *Cheap Easy Online Traffic School et al v. Peter L. Huntting & Co., Inc. et al*
37. 17-cv-01584-BEN, *Soto v. Commissioner of Social Security*
38. 17-cv-02298-GPC, *Webb v. Commissioner of Social Security*
39. 18-cv-00145-CAB, *Dierker v. Berryhill*
40. 18-cv-00502-AJB, *Pacheco v. Berryhill*

Dated: November 7, 2018

_____
ROBERT N. BLOCK
United States Magistrate Judge