1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA GABRIELA SILVA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDIT ONE BANK, N.A., | Case No. 3:16-cv-00651-DMS-DHB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASES** |

    Pursuant to Federal Rules of Civil Procedure Rule 41(1)(a)(2), the Court GRANTS the parties' joint motion to dismiss the following cases **with prejudice:**

    Jones v. Credit One Bank, N.A., 3:16-cv-00940-DMS-DHB;

    Dorsey v. Credit One Bank, N.A., 3:16-cv-00915-DMS-DHB;

    Gill v. Credit One Bank, N.A., 3:16-cv-00913-DMS-MDD;

    Harris v. Credit One Bank, N.A., 3:16-cv-00908-DMS-DHB;

    Byers v. Credit One Bank, N.A., 3:16-cv-00904-DMS-DHB;

    Bare v. Credit One Bank, N.A., 3:16-cv-00710-DMS-DHB;

    Chism v. Credit One Bank, N.A., 3:16-cv-00672-DMS-DHB;

    Gomez v. Credit One Bank, N.A., 3:16-cv-00659-DMS-DHB;

    Lawrence v. Credit One Bank, N.A., 3:16-cv-00658-DMS-DHB; and

    Silva v. Credit One Bank, N.A., 3:16-cv-00651-DMS-DHB.

Case No. 3:17cv2299 DMS (JMA)

| | |
|---|---|
| 1 | And the following case to be dismissed **without prejudice:** |
| 2 | Garcia v. Credit One Bank, N.A., 3:16-cv-00706-DMS-DHB. |
| 3 | **IT IS SO ORDERED.** |

Dated: March 20, 2019

_____
Hon. Dana M. Sabraw
United States District Judge